# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | |
|---|---|
| WILLIAM ZIEGLER and VICKI ZIEGLER )<br>*Plaintiff* )<br>v. )<br>POLARIS INDUSTRIES, INC., a Minnesota Corp )<br>*Defendant* ) | Case No. 22-cv-23 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Movant, Eric Kipp                                                                                                          .

Date: 09/13/2022

/s/ David S. Wisz
*Attorney's signature*

David S. Wisz, NC Bar No. 22789
*Printed name and bar number*

Bailey & Dixon, LLP
PO Box 1351
Raleigh, NC 27602-1351
*Address*

dwisz@bdixon.com
*E-mail address*

(919) 828-0731
*Telephone number*

(919) 828-6592
*FAX number*